# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DEBORAH R. PHILLIPS, REBECCA
M. BRYANT, JENNIFER L.
TANNER, MARY E. ROPER AND
DWIGHT D. ROPER,
INDIVIDUALLY, AND ON BEHALF
OF THE LATE MARY ANN ROPER

VERSUS

LABCORP HOLDINGS OF AMERICA,
INC. D/B/A LABCORP; UNKNOWN
LABCORP PHLEBOTOMIST; DR.
ELIZABETH B. CURTIS; AND
ALICIA SMITH

NO.   2026 CW 0575

**JULY 2, 2026**

---

In Re:   Laboratory Corporation of America (Incorrectly named as
Labcorp Holdings of America, Inc.), applying for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 724579.

---

**BEFORE:   McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.**

**WRIT DENIED.** Mover failed to point out to the court the absence of factual support for one or more elements essential to plaintiffs' claims.  La. Code Civ. P. art. 966(D)(1).  See **Aucoin v. State Through Terrebonne Levee & Conservation Dist.**, 2025-0879 (La. App. 1st Cir. 4/24/26), -- So.3d --, 2026 WL 1122119 ("This 'pointing out' must be more than a bare assertion in a motion for summary judgment or brief", citing **Sheppard v. City of Baton Rouge**, 2002-2421 (La. App. 1st Cir. 9/17/04), 897 So.2d 25, writ denied, 2004-2566 (La. 1/14/05), 889 So.2d 268.)

PMc
TPS
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT